The decision of the Commonwealth Court is reversed.

ZAPPALA and CAPPY, JJ., concur in the result.

---

COMMONWEALTH of Pennsylvania, Respondent,

v.

Peter BALODIS, Petitioner.

Supreme Court of Pennsylvania.

Sept. 24, 1998.

Norris E. Gelman, Philadelphia, Harvey Sernovitz, for petitioner.

*ORDER*

PER CURIAM:

AND NOW, this 24th day of September, 1998 the petition for allowance of appeal is **GRANTED** limited to the issue of whether trial counsel was ineffective for failing to preserve trial objections to the expert witness's bolstering of the alleged victim's credibility in his written post-trial motions, thereby waiving the issue for appeal.

---

**5.** To the contrary, to find otherwise seems absurd. Sporio was exposed to asbestos throughout his employment. He initially suffered from a lung disease as a result of this exposure. He then contracted a form of cancer related to the lung, which is very rare with the exception of those exposed to asbestos. Under these facts, there is no basis to apply the safeguard found in Section 411(2).